

**Matthew M. Oliver**
Partner

One Lowenstein Drive
Roseland, New Jersey 07068

**T**: 973-597-2318
**F**: 973-597-2319
**E**: moliver@lowenstein.com

June 8, 2023

VIA ECF

# MEMO ENDORSED

The Honorable Laura Taylor Swain, C.U.S.D.J.
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

**Re:**   *Access Bio, Inc. v. Division 5 Labs, Inc.*
          1:23-mc-00187

Dear Chief Judge Swain:

On June 6, 2023, our firm erroneously filed this matter as a "miscellaneous case," and the Court kindly informed us that it should be processed as a "civil case." Accordingly, we have refiled the case as a civil matter, and will allow the miscellaneous case to be administratively closed. At that time, we respectfully request a refund of the filing fee paid on June 6, 2023 in the amount of $402.00 (Receipt Number ANYSDC-27836527).

Very truly yours,

*/s/ Matthew M. Oliver*

Matthew M. Oliver

The foregoing request is granted. The Clerk of Court shall refund the filing fee of $402.00. This resolves docket entry no. 11. SO ORDERED.

*/s/ Laura Taylor Swain*   6/9/2023

Laura Taylor Swain, Chief USDJ